# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Richard A. O'Donnell,                                    Civil No. 10-3875 (RHK/LIB)

                Plaintiff,                         **ORDER**

vs.

Grand Casino Mille Lacs, et al.,

                Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  September 13, 2010

                               s/Richard H. Kyle         
                               RICHARD H. KYLE
                               United States District Judge