# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Richard A. O'Donnell,  Civil No. 10-3875 (RHK/LIB)

        Plaintiff,  **ORDER**

vs.

Grand Casino Mille Lacs, Marge Anderson,
Harold 'Doe' (Security Guard), Arron Monroe,
Ronald Johnson, 'John Does' Involved [In]
Incident, and Mille Band of Ojibwe,

        Defendants.
___

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 5) is **ADOPTED**;

2. Plaintiff's Application to Proceed in forma pauperis, (Doc. No. 2) is **DENIED;** and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 4, 2010

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge